IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| THE MINEO CORPORATION, THE MINEO CORPORATION EMPLOYEE WELFARE BENEFIT PLAN, FRANCESCO MINEO and BEVERLY MINEO, <br><br>Plaintiffs, <br><br>v. <br><br>PHILIP D. ROWE, JUDI CARSRUD, NICHE MARKETING, INC., NICHE PLAN SPONSORS, INC., 419 TRUST ADMINISTRATORS, INC., AMERICAN GENERAL LIFE INSURANCE COMPANY, RICHARD C. SMITH and BRYAN CAVE, LLP, <br><br>Defendants. | Civil Action <br> No. 2:07-CV-00057 (H) |
|---|---|

## ORDER GRANTING JOINT MOTION FOR DISMISSAL

Upon consideration of the joint motion filed by Defendant American General Life Insurance Company and Plaintiffs for an order dismissing with prejudice all counts asserted by Plaintiffs against American General Life Insurance Company and all Counterclaims by Defendant American General Life Insurance Company against Plaintiffs pursuant to Fed. R. Civ. Proc. 41(a)(2), the Court finds the joint motion should be granted;

IT APPEARING, Defendant American General Life Insurance Company is the only remaining defendant against whom entry of default has not been entered, and Defendant American General Life Insurance Company and Plaintiffs have resolved their claims and counterclaims by a confidential settlement agreement;

IT IS THEREFORE ADJUDGED, ORDERED AND DECREED that all counts asserted by Plaintiffs against American General Life Insurance Company and all Counterclaims by Defendant American General Life Insurance Company against Plaintiffs are hereby DISMISSED with prejudice.

This 3rd day of June, 2010.

_____
Judge