AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT __NORTH CAROLINA__

**THE MINEO CORPORATION, et al**

**NOTICE**

**V.**

**PHILLIP ROWE, et al**        CASE        **2:07-CV-57-H2**

---

TYPE OF CASE:

    X **CIVIL**        **CRIMINAL**

---

**X TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| **U.S. Courthouse & Federal Building**<br>**201 S. Evans Street**<br>**Greenville, NC** | **3rd Floor Courtroom**<br>DATE AND TIME<br>**Thursday, January 13, 2011 @ 1:00 p.m.** |

TYPE OF PROCEEDING

## Motion Hearing:
## Plaintiff's Motion for Default Judgment

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

**DENNIS P. IAVARONE, CLERK**
U.S. MAGISTRATE JUDGE OR CLERK OF

**January 3, 2011**        **/s/ Lisa W. Lee**
DATE        (BY) DEPUTY CLERK

TO:    The Honorable Malcolm J. Howard, SUSDJ    J. Bryan Plumlee, Counsel for Plaintiffs
          Shannon Proctor    Phillip Rowe, Defendant
          Court Reporter    Judi Carsrud, Defendant
          CSO @ Greenville