UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE MINEO CORPORATION, | ) | **JUDGMENT** |
| THE MINEO CORPORATION EMPLOYEE | ) | |
| WELFARE BENEFIT PLAN, FRANCESCO | ) | |
| MINEO and BEVERLY MINEO, | ) | |
| Plaintiffs, | ) | No. 2:07-CV-57-H |
| | ) | |
| v. | ) | |
| | ) | |
| PHILIP D. ROWE, JUDI CARSRUD, NICHE | ) | |
| MARKETING, INC., NICHE PLAN | ) | |
| SPONSORS, INC. and 419 TRUST | ) | |
| ADMINISTRATORS, INC., | ) | |
| Defendants. | ) | |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration of plaintiffs' motion for an award of attorneys' fees.**

**IT IS ORDERED, ADJUDGED AND DECREED judgment is entered in favor of plaintiffs and against the Niche defendants in the amount of $92,728.43 as an award of attorneys' fees.**

This Judgment Filed and Entered on September 8, 2011 with service on:

J. Bryan Plumlee ( via cm/ecf Notice of Electronic Filing)
David B. Oakley (via cm/ecf Notice of Electronic Filing)
John I. Mabe, Jr. (via cm/ecf Notice of Electronic Filing)
James R. Holland (via cm/ecf Notice of Electronic Filing)
David E. Fox (via cm/ecf Notice of Electronic Filing)
Douglas E. Whitney ( via cm/ecf Notice of Electronic Filing)
Michael J. Byrne (via cm/ecf Notice of Electronic Filing)

Date:  9/1/2011

DENNIS P. IAVARONE, CLERK
/s/ Delsia Heath
(By): Delsia Heath, Deputy Clerk

 
<!-- -->

  
 

 

  
   

 
 
   

   
  
 


